# Court of Appeals
# of the State of Georgia

ATLANTA, December 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0020. SANJAY PATEL et al. v. DLP LENDING FUND, LLC.**

The Appellant in the above-styled case has filed, pursuant to Court Rule 40(b), an emergency motion entitled Petitioners' Motion for Supersedeas. After thorough review, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/27/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*